UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICK ROY BOWDLER, et al., | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | CASE NUMBER: C11-6034RJB |
| v. | |
| FERGUSON ENTERPRISES, INC., | |
| Defendants. | |

\_\_\_\_  Jury Verdict. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X   Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

This case is DISMISSED WITHOUT PREJUDICE.  All pending motions, including Unique's motion to dismiss (Dkt 24) and Plaintiff's motion to amend the summons and complaint (Dkt 36), are STRICKEN as moot.

|  | |
|---|---|
| January 4, 2013 | WILLIAM M. McCOOL<br>CLERK |
| | /s/ Dara L. Kaleel<br>By Dara L. Kaleel, Deputy Clerk |